UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH ABBA, Individually and For All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MINDLANCE INC.,<br><br>        Defendants. | Civil Case No. 1:24-cv-07224-RPK- JRC<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>**Electronically Filed** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Mindlance Health, LLC ("Defendant") presented Plaintiff Deborah Abba ("Plaintiff") with an Offer of Judgment on May 21, 2025, which Plaintiff accepted on June 2, 2025. Defendant's Offer of Judgment is annexed hereto as Exhibit A, and Plaintiff's acceptance of same, via counsel, is annexed hereto as Exhibit B.

        Respectfully submitted,

        ATTORNEYS FOR DEFENDANT

        */s/ Dimitrios T. Markos*
        **Dimitrios T. Markos**
        **Lauren J. Marcus**
        **Amber M. Spataro**
        **LITTLER MENDELSON, P.C.**
        DMarkos@littler.com
        LMarcus@littlercom
        ASpataro@littler.com

cc:    All Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I served a copy of this document on all counsel of record via the Court's Electronic Filing System in accordance with the Federal Rules of Civil Procedure.

/s/ Dimitrios T. Markos
**Dimitrios T. Markos**