UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH ABBA, Individually and For All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MINDLANCE INC.,<br><br>　　　　　Defendants. | Civil Case No. 1:24-cv-07224-RPK- JRC<br><br>**RULE 68 OFFER OF JUDGMENT**<br><br><u>**Electronically Filed**</u> |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Mindlance Inc., having offered to allow Plaintiff Deborah Abba ("Plaintiff") to take a judgment against it, in the sum of Twenty Thousand Dollars and Zero Cents ($20,000.00), to resolve all of Plaintiff's claims, inclusive of all claims for costs, expenses and attorneys' fees filed in this lawsuit, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated May 21, 2025, and filed as Exhibit A to Docket Number 18;

**WHEREAS**, on June 5, 2025, Defendant's attorney confirmed Plaintiff's acceptance of Defendant's Offer of Judgment (Dkt. No. 18);

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiff Deborah Abba, in the sum of $20,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer dated May 21, 2025 and filed as Exhibit A to Docket Number 18. The Clerk of Court is respectfully directed to close the case.

Dated: Brooklyn, New York
　　　　June 16, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by: ___*Jalitza Poveda*___
　　　　Deputy Clerk